FILED
CLERK, U.S. DISTRICT COURT
DEC 2 0 2024
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> Plaintiff, </br></br> vs. </br></br> Marcelino Gonzalez-Garcia, </br></br> Defendant. | Case No.: 24-MJ-07503 </br></br> ORDER OF DETENTION AFTER HEARING </br> [Fed. R. Crim. P. 32.1(a)(6); </br> 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the Western Dist. /Texas for alleged violation(s) of the terms and conditions of (his)/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on no legal status in U.S., no known bail resources,

<u>unverified background, close family ties to Mexico, history of substance abuse, history of failures to appear and warrants</u>

and/or

B.  (✓)  The defendant has not met (his)/her burden of establishing by clear and convincing evidence that (he)/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: <u>criminal history includes violence, ongoing substance abuse</u>

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 12/20/24

*[signature]*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE

2